The Leader-Observer, Inc., and Others, Respondents, v. State Alcoholic Beverage Control Board of the State of New York, Edward P. Mulrooney and Others, as Members of the State Alcoholic Beverage Control Board of the

State of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Hill, P. J., McNamee and Crapser, JJ., concur; Rhodes and Bliss, JJ., dissent on the ground that the plaintiffs have no actionable interest in the subject-matter involved here. (See Civ. Prac. Act, § 210; 47 C. J. 21, § 30; *Lang's Creamery, Inc.,* v. *City of Niagara Falls,* 251 N. Y. 343; *Matter of Keeney,* 194 id. 281; affd., 222 U. S. 525; *People* v. *Brooklyn, F. & C. I. R. Co.,* 89 N. Y. 75.) [148 Misc. 757.]